## Commonwealth ex rel. Huff, Appellant, v. Myers.

Submitted June 14, 1965. *James R. Huff*, appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith*, Assistant Dis-

trict Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.